# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| The Cincinnati Insurance Company, )<br>*Plaintiff* )<br>v. )<br>Wayne Hunt; Levi Owens, et al, )<br>*Defendant* ) | Case No. 7:22-CV-00189-M |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cincinnati Insurance Company                                                                                  .

Date:    11/14/2022

/s/ C. Daniel Atkinson
*Attorney's signature*

C. Daniel Atkinson, NC Bar #34747
*Printed name and bar number*
Wilkes, Atkinson & Joyner, LLC
127 Dunbar St., Suite 200
Spartanburg, SC  29306

*Address*

datkinson@wajlawfirm.com
*E-mail address*

(864) 591-1113
*Telephone number*

(864) 591-1767
*FAX number*