# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z46Y87AA795926507

**Weight**

1.20 LBS

**Service**

UPS 3 Day Select®

**Shipped / Billed On**

11/14/2022

**Additional Information**

Adult Signature Required

**Delivered On**

11/15/2022 1:58 P.M.

**Delivered To**

WILMINGTON SHIPPING
330 SHIPYARD BLVD
WILMINGTON, NC, 28412, US

**Received By**

AVERY

**Left At**

Front Desk

**Reference Number(s)**

CIC-HUNT

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/15/2022 2:04 P.M. EST